## EXECUTORS of PHELPS *against* HALL.

RODMAN moved to set aside the proceedings on the bail-bond in this cause, and offered an affidavit.

*Sedgwick,* contra, objected, that the affidavit was entitled in the original suit, whereas it ought to have been entitled in the bail-bond suit. (3 *Johns. Rep.* 448.)

On a motion to set aside proceedings in a bail-bond suit, the affidavit must be entitled in that suit, and not in the original action.

ALBANY,
Feb. 1810.

HARRIS
v.
EAGLE FIRE
COMPANY.

*Per Curiam.* The affidavit should have been entitled in the bail-bond suit, instead of the original suit.

Motion denied.